UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| BRENDA FERGUSON,<br>  Plaintiff, | )<br>)<br>)<br>) |
| v. | )  No. 1:20-CV-346<br>) |
| MEMORIAL HEALTH CARE SYSTEM, INC.,<br>  Defendant. | )<br>) |

ORDER

This matter is before the Court to consider the Report and Recommendation of the United States Magistrate Judge Susan K. Lee dated March 24, 2021, [Doc. 24]. In that Report and Recommendation, the Magistrate Judge recommends that Plaintiff Brenda Ferguson's Motion to Amend the Complaint, [Doc. 17], be granted in part and denied in part. Neither party has filed objections to the recommendation in the time allowed. *See* Fed. R. Civ. P. 72.

Thus, after consideration of the record as a whole and after careful consideration of the Report and Recommendation of the United States Magistrate Judge, and for the reasons set out in that Report and Recommendation which are incorporated by reference herein, it is hereby ORDERED that this Report and Recommendation is ADOPTED and APPROVED, [Doc. 24], that Plaintiff's Motion to Amend the Complaint, [Doc. 17] is GRANTED IN PART and DENIED IN PART. The Plaintiff is ORDERED to file an amended complaint that conforms to the Report and Recommendation within seven (7) days from the entry of this order.

So ordered.

ENTER:

                   s/J. RONNIE GREER
                 UNITED STATES DISTRICT JUDGE

1